**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD CARSON,

Plaintiff,

vs. Case No. 3:07-cv-60-J-32TEM

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

Defendant.

---

**ORDER**[1]

This case is before the Court on Plaintiff's appeal of an administrative decision denying his application for disability, disability insurance benefits and for supplemental security income under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that the Commissioner's decision be affirmed. Plaintiff filed objections to the Report and Recommendation (Doc. 20) to which the Commissioner responded (Doc. 21).

Upon independent review of the file, and for the reasons stated in the very thorough Report and Recommendation issued by the Magistrate Judge (Doc. 19), the Court finds plaintiff's objections are due to be overruled and the Commissioner's decision is due to be affirmed. Accordingly, it is hereby

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

**ORDERED**:

1. Plaintiff's objections to the Report and Recommendation (Doc. 20) are **OVERRULED**, the request for oral argument is **DENIED**, and the Report and Recommendation (Doc. 19) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C §§ 405(g) and 1383(c)(3), the decision of the Commissioner is **AFFIRMED**.

3. The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of March, 2008.

**TIMOTHY J. CORRIGAN**
United States District Judge

s.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record